# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Francis J. Lynch and Anne M. Lynch,  )<br>  )<br>   *Plaintiffs*,  )<br>  )<br>v.  )<br>  )<br>Centurion Capital Corporation and  )<br>Wolpoff & Abramson, L.L.P.,  )<br>  )<br>   *Defendants*.  )<br>  ) | Civil Action No.: 06-CA-11433 MLW |

## STIPULATION OF DISMISSAL

The parties in the above-referenced matter hereby stipulate and agree that the Complaint hereby is dismissed with prejudice, without costs, and with all rights of appeal waived.

| | |
|---|---|
| Plaintiffs,<br>FRANCIS J. LYNCH and<br>ANNE M. LYNCH,<br>By their attorneys,<br><br>  /s/ Todd B. Gordon<br>Stephen F. Gordon (BBO# 203600)<br>Todd B. Gordon (BBO# 652482)<br>GORDON HALEY, LLP<br>101 Federal Street<br>Boston, MA 02110<br>617-261-0100<br><br>  /s/ Philip J. Hendel<br>Philip J. Hendel (BBO# 230080)<br>Hendel & Collins, PC<br>101 State Street<br>Springfield, MA 01103<br>413-734-6411 | Defendants,<br>CENTURION CAPITAL CORPORATION<br>and WOLPOFF & AMBRAMSON, LLP,<br>By their attorneys,<br><br>  /s/ Kathryn E. Pieczarka<br>Evan T. Lawson (BBO# 289280)<br>Kathryn E. Pieczarka (BBO# 658785)<br>LAWSON & WEITZEN, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA 02210<br>617-439-4990 |